August 6, 2025

104 West 40th Street, 4th Floor
New York, NY 10018

(212) 597-2255
firegreenlaw.com

Jordan Greenberger, Esq.
jg@firegreenlaw.com



VIA ECF
Hon. Katherine Polk Failla
U.S. District Court, S.D.N.Y.

Re: *Abosch v. Vital Theatre Company, Inc. et al*; 1:25-cv-04522-KPF

Your Honor,

I represent plaintiff Danny Abosch ("Plaintiff") in this copyright action and write to respectfully request the cancellation or adjournment of the initial pretrial conference currently scheduled for 12:30 p.m. on August 20, 2025.  Doc. 10.  This is the first such request, and there are two reasons for it.  First, as reflected by the Clerk's Certificates of Default (Docs. 19, 22), Defendants have defaulted.  Plaintiff intends to submit a motion for a default judgment, and due to their default Plaintiffs requests that the conference be cancelled.  Second, if the Court would like to conference the case notwithstanding Defendants' default, then Plaintiff requests an adjournment because on August 20th I will be on a family vacation that was planned months prior to the commencement of this action.  In light of Defendants' default, I have not been able to confirm whether they consent to this application.

Respectfully,

/s/ Jordan Greenberger
Jordan Greenberger, Esq.

Application GRANTED.  The conference scheduled for August 20, 2025, is ADJOURNED *sine die*.

The Clerk of Court is directed to terminate the pending motion at docket entry 23.

Dated:     August 7, 2025         SO ORDERED.
           New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE