UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANNY ABOSCH,<br><br>                    Plaintiff,<br><br>         -v.-<br><br>VITAL THEATRE COMPANY, INC. and STEPHEN SUNDERLIN,<br><br>                    Defendants. | 25 Civ. 4522 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

For the reasons provided by the Court at the November 12, 2025 show cause hearing (November 12, 2025 Minute Entry), Plaintiff's motion for default judgment is hereby DENIED. Defendants are directed to respond to Plaintiff's Complaint (Dkt. #1) on or before **December 19, 2025**. If Defendants do not anticipate engaging in motion practice, then the parties are directed to submit a joint letter and Case Management Plan in accordance with the Notice of Initial Pretrial Conference (Dkt. #10) on or before **January 9, 2026**. Defendant Stephen Sunderlin is advised that he cannot represent Defendant Vital Theatre Company, Inc., which must retain counsel.

The Clerk of Court is directed to mail a copy of this Order to Mr. Sunderlin at his address of record.

SO ORDERED.

Dated:  November 13, 2025
        New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge